An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

XINHUA HE, AN UNMARRIED
INDIVIDUAL,

Appellant,

vs.

KAREN LEE MARTIN, AN
UNMARRIED INDIVIDUAL,

Respondent.

No. 68117

**FILED**

NOV 03 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order granting summary judgment after denial of a motion for reconsideration. Fifth Judicial District Court, Nye County; Robert W. Lane, Judge.

On August 26, 2015, this court entered an order removing this appeal from the court's settlement program and placing it in the court's pilot program for civil litigants proceeding without counsel. Our order directed appellant to file the civil proper person appeal statement within 40 days. Appellant's civil appeal statement was due in this court by October 10, 2015. To date, appellant has failed to file the civil proper person appeal statement or otherwise respond to this court's directive. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

15-33408

cc: Hon. Robert W. Lane, District Judge
Xinhua He
Fidelity National Law Group
Nye County Clerk